# EXHIBIT 4"

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*[signature]*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

## FORM VA
UNITED STATES COPYRIGHT OFFICE

**REGISTRATION NUMBER**

VA 552 798

EFFECTIVE DATE OF REGISTRATION

FEB 23 1993

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1 TITLE OF THIS WORK ▼**
GHOST MASK with Shroud
Glow in Dark & Fluorescent - Item #9206/9207

**NATURE OF THIS WORK ▼**
Sculpture

PREVIOUS OR ALTERNATIVE TITLES ▼

PUBLICATION AS A CONTRIBUTION: If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a NAME OF AUTHOR ▼**
FUN WORLD, Div. Easter Unlimited, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶ U.S.A.
OR Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
OR Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
Citizen of ▶
OR Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**3 a YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
1991 ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Month ▶ December  Day ▶ 4  Year ▶ 1991
U.S.A. ◀ Nation

**4 COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

FUN WORLD, DIV. EASTER UNLIMITED, INC.
80 Voice Road
Carle Place, NY 11514

APPLICATION RECEIVED
FEB 23 1993
ONE DEPOSIT RECEIVED
FEB 23 1993
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

0565941250

EXAMINED BY  JHF

CHECKED BY

☐ CORRESPONDENCE Yes

VA 552 798

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
☐ This is the first published edition of a work previously registered in unpublished form.
☐ This is the first application submitted by this author as copyright claimant.
☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼   Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                               Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.  (Name/Address/Apt/City/State/Zip) ▼

Lee Berkowitz
FUN WORLD, DIV. EASTER UNLIMITED, INC.
80 Voice Road
Carle Place, NY 11514
Area Code & Telephone Number ▶ (516) 873-9000

Be sure to give your daytime phone number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  FUN WORLD, DIV. EASTER UNLIMITED, INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Berkowitz                                                    date ▶ February 28, 1992

Handwritten signature (X) ▼  Lee Berkowitz

**8**

MAIL CERTIFICATE TO

Name ▼
FUN WORLD, DIV. EASTER UNLIMITED, INC.
Number/Street/Apartment Number ▼
80 Voice Road
City/State/ZIP ▼
Carle Place, NY 11514

Certificate will be mailed in window envelope

YOU MUST
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Non-refundable $10 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1989—100,000                                                               ☆U.S. GOVERNMENT PRINTING OFFICE: 1989—241-428/87

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**FORM CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

VA 983-747

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

6 / 21 / 99

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

### A

**Title of Work ▼**
GHOST MASK WITH SHROUD   Glow in Dark & Flourescent - *
Item #9206/9207

**Registration Number of the Basic Registration ▼**
VA 552 798

**Year of Basic Registration ▼**
1993

**Name(s) of Author(s) ▼**
FUN WORLD, DIV., EASTER UNLIMITED, INC.

**Name(s) of Copyright Claimant(s) ▼**
FUN WORLD, DIV. EASTER UNLIMITED, INC.

### B 

**Location and Nature of Incorrect Information in Basic Registration ▼**

Line Number _____ Line Heading or Description _____

**Incorrect Information as It Appears In Basic Registration ▼**

**Corrected Information ▼**

**Explanation of Correction ▼**

### C

**Location and Nature of Information in Basic Registration to be Amplified ▼**

Line Number 1 *    Line Heading or Description  TITLE OF THIS WORK *

**Amplified Information and Explanation of Information ▼**

Title of work to be:

"Ghost Face" Mask with Shroud.

Note: This design is in the process of being trademarked. We would like the Copyright title to match Trademark.

Thank you.

MORE ON BACK ▶ • Complete all applicable spaces (D-G) on the reverse side of this page.

FORM CA RECEIVED

JUN 21 1999

FUNDS RECEIVED DATE

FORM CA

\* Added by C.O. from registration certificate.

EXAMINED BY

CORRESPONDENCE ☐

REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ☒ YES   ☐ NO

FOR COPYRIGHT OFFICE USE ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of:  ☐ Part B  or  ☐ Part C

**D**

Correspondence: Give name and address to which correspondence about this application should be sent.

**E**

Phone (516) 873-9000    Fax (516) 873-9005    Email _____

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ owner of exclusive right(s)
☐ other copyright claimant
☒ duly authorized agent of   FUN WORLD DIV., EASTER UNLIMITED, INC.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼   R.J. TORBERT       Date ▼ 6/15/99

Handwritten signature (X) ▼

**F**

Certificate will be mailed in window envelope to this address:

Name ▼ R.J. TORBERT
C/O FUN WORLD
Number/Street/Apt ▼ 80 VOICE ROAD
City/State/ZIP ▼ CARLE PLACE NY 11514

**G**

YOU MUST:
- Complete all necessary spaces
- Sign your application in space F

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.