EXHIBIT 4"

# CERTIFICATE OF REGISTRATION

**FORM VA** ☑
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**REGISTRATION NUMBER**

VA 552 798

VA      VAU

**EFFECTIVE DATE OF REGISTRATION**

FEB 2 3 1993

Month    Day    Year

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**

. GHOST MASK with Shroud
Glow in Dark & Fluorescent – Item #9206/9207

**NATURE OF THIS WORK ▼ See Instructions**

Sculpture

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

a **NAME OF AUTHOR ▼**

FUN WORLD, Div. Easter Unlimited, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ U.S.A.
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NOTE**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by this author in which copyright is claimed. ▼

055879425

## 3

a **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work has been published.
1991 ◀ Year

b **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ December Day ▶ 4 Year ▶ 1991
Nation U.S.A. ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

FUN WORLD, DIV. EASTER UNLIMITED, INC.

80. Voice Road
Carle Place, NY 11514

**TRANSFER** If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.▼

**APPLICATION RECEIVED**
FEB 23 1993
ONE DEPOSIT RECEIVED
FEB 23 1993
TWO DEPOSITS RECEIVED

REMITTANCE NUMBER AND DATE

See instructions before completing this space.

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY 𝒯ℋ𝒻     **FORM VA**

CHECKED BY

VA 552 798

☐ CORRESPONDENCE
  ☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

☐ This is the first published edition of a work previously registered in unpublished form.

☐ This is the first application submitted by this author as copyright claimant.

☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼     **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

   Lee Berkowitz
   FUN WORLD, DIV. EASTER UNLIMITED, INC.
   80 Voice Road
   Carle Place, NY 11514

Area Code & Telephone Number ▶    (516) 873-9000

**8**

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of_____FUN WORLD, DIV. EASTER UNLIMITED, INC.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

   Lee Berkowitz              date ▶ February 28, 1992

Handwritten signature (X) ▼    *Lee Berkowitz*

**MAIL
CERTIFI-
CATE TO**

Name ▼

   FUN WORLD, DIV. EASTER UNLIMITED, INC.
   Number/Street/Apartment Number ▼

**Certificate
will be
mailed in
window
envelope**

   80 Voice Road
   City/State/ZIP ▼
   Carle Place, NY 11514

**YOU MUST**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE**
1. Application form
2. Non-refundable $10 filing fee
  in check or money order
  payable to Register of Copyrights
3. Deposit material
**MAIL TO**
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

* 17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# Certificate of Registration
Additional certificate (17 U.S.C. § 706)



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**FORM CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**VA 983-747**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

| Co | 21 | 99 |
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
GHOST MASK WITH SHROUD Item# 9206/9207  GIow in Dark & Flourescent ~ *

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
| VA 552 798 | 1993 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
| FUN WORLD, DIV., EASTER UNLIMITED, INC. | FUN WORLD, DIV. EASTER UNLIMITED, INC |

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

| Line Number | Line Heading or Description |

Incorrect Information as It Appears In Basic Registration ▼

Corrected Information ▼

Explanation of Correction ▼

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

| Line Number  1  * | Line Heading or Description   TITLE OF THIS WORK * |

Amplified Information and Explanation of Information ▼

Title of work to be:

"Ghost Face" Mask with Shroud.

Note: This design is in the process of being trademarked. We would like the Copyright title to match Trademark.

Thank you.



MORE ON BACK ▶ • Complete all applicable spaces (D-O) on the reverse side of this page.

☆ Added by C.O. from registration certificate.

FORM CA RECEIVED

**JUN 21 1999**

FUNDS RECEIVED DATE

EXAMINED BY

CORRESPONDENCE LI

REFERENCE TO THIS REGISTRATION ADDED TO
BASIC REGISTRATION ☒ YES   ☐ NO.

FORM CA

FOR
COPYRIGHT
OFFICE
USE
ONLY

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B  or  ☐ Part C

**D**

---

Correspondence: Give name and address to which correspondence about this application should be sent.

**E**

Phone (516) 873-9000    Fax (516) 873-9005    Email _____

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)

☐ author   ☐ owner of exclusive right(s)
☐ other copyright claimant   ☒ duly authorized agent of

FUN WORLD DIV.,
EASTER UNLIMITED, INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼
R.J. TORBERT

Date ▼  6/15/99

Handwritten signature (X) ▼

**F**

---

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
R/J. TORBERT
C/O FUN WORLD

Number/Street/Apt ▼
80 VOICE ROAD

City/State/ZIP ▼
CARLE PLACE NY 11514

**G**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.