Barstool Sports

Domain: www.barstoolsports.com and https://store.barstoolsports.com



Teespring, Inc.

Domain: www.teespring.com



The Boston Sports Co.

Domain: http://www.ilovebostonsports.com/



ISlide USA

Domain: www.islideusa.com



RMC Apparel, LLC

Domain: www.celticssocial.com



TeeShirtPalace.com

Domain: www.teeshirtpalace.com



Redbubble, Inc.

Domain: www.redbubble.com



It's My Style

Domain: www.its-mystyle.com



Etsy

Domain: www.etsy.com







Etsy

scary terry                                    Search

Sell on Etsy    Register    Sign in

Cart

Jewelry & Accessories    Clothing & Shoes    Home & Living    Wedding & Party    Toys & Entertainment    Art & Collectibles    Craft Supplies & Tools    Vintage

Cocobeachtee

Favorite shop

52 items

Like this item?
Add it to your favorites to revisit it later.

**Scary Terry Rozier Boston Celtics Drew Bledsoe Men T Shirt**

$17.99+                                    Ask a question

Color
Select an option

Size
Select an option

Quantity
1

**Add to cart**

Overview
- Handmade item
- Material: Cotton
- Made to order
- Feedback: 10 reviews
- Favorited by: 4 people

This shop accepts Etsy gift cards

Shipping & returns
Ready to ship in 3–5 business days
From United States
Get shipping cost















Amazon

Domain: www.amazon.com























