UNITED STATES DISTRICT COURT EASTERN DISTRICT OF NEW YORK
STATE OF , COUNTY OF NY
ATTORNEY(S) BARSHAY SANDERS LLP  PH: (516) 203-7638
100 GARDEN CITY PLAZA STE 500 GARDEN CITY , NY 11530 | MARTHA MONTOYA

Index Number: 18-cv-06637-jfb-arl
Date Filed: 3/15/2019
Court/Return Date:

Easter Unlimited, Inc.

*Plaintiff*

vs

Terry Rozier and Barstool Sports, Inc.

*Defendant*

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**AFFIDAVIT OF SERVICE**

**Marwan Elgizawy**, being sworn deposes and states that, the Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

That on **4/8/2019**, at **11:24 AM** at **15 W 27th Street, 3rd Floor, New York, NY 10001**, Deponent served the within **Summons in a Civil Action; Amended Complaint; Exhibits**, with the index number and the filing date of the action were endorsed upon the face of the papers so served herein. On: **Barstool Sports, Inc.**, **Defendant** therein named, ( hereinafter referred to as "subject").

By delivering to and leaving with **Mark Marin** said individual to be **Managing Agent** who specifically stated he/she was **authorized to accept** service on behalf of the Corporation/Government Agency/Entity. A description of Mark Marin is as follows:

**Sex**: Male  **Color of skin**: White  **Color of hair**: Brown  **Age**: 21-35
**Height**: 5ft4in-5ft8in  **Weight**: 131-160 Lbs.  **Other** :

Sworn to before me on April 9, 2019

Patricia Rothfritz
NOTARY PUBLIC STATE OF New York
No. 01R06055503, Qualified in Nassau County
Commission Expires February 26, 2023

Client's File No.:

Process Server, Please Sign
Marwan Elgizawy
Lic# 2076592
Job #: 1916567

INTER COUNTY JUDICIAL SERVICES, LLC, 901 NORTH BROADWAY SUITE 18, NORTH WHITE PLAINS NY 10603 LICENSE # 1371771