UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- X
:
Easter Unlimited, Inc. d/b/a Fun World,   :   No. 18 Civ. 6637-JFB-ARL
          Plaintiff,   :
:
-against-   :   **NOTICE OF MOTION**
:
Terry Rozier,   :
          Defendant.   :
------------------------------------- X

      **PLEASE TAKE NOTICE** that Defendant Terry Rozier, upon the accompanying Memorandum of Law, Declaration of Terry Rozier, Declaration of Tony Gardner, and Declaration of Patrick S. Kabat, and accompanying exhibits, and all prior pleadings and proceedings hereto, by their undersigned attorneys, hereby respectfully move this Court, before the Honorable Roslynn R. Mauskopf, United States District Judge, at the United States Courthouse, 225 Cadman Plaza East, Courtroom 6A (South Wing), Brooklyn, NY 11201, for an order granting summary judgment to Rozier, pursuant to Federal Rule of Civil Procedure 56, on all claims asserted by Plaintiff Easter Unlimited, Inc. d/b/a Fun World, and for such other and further relief as the Court may deem just and appropriate.

      **PLEASE TAKE FURTHER NOTICE** that Plaintiff's answering papers must be served in accordance with the August 21, 2020 deadline set by the Court.

Dated:  July 31, 2020                            Respectfully submitted,

                                                               /s/ Patrick S. Kabat

Patrick S. Kabat, Esq.
315 Madison Avenue, 3rd Floor
New York, NY 10017
Telephone: 646.979.3820
patrick@kabatmedialaw.com

Paul J. Safier
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.988.9146
Facsimile: 215.864.8999
safierp@ballardspahr.com

*Counsel for Defendant Terry Rozier*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of July 2020, I directed that a true and correct copy of the foregoing **NOTICE OF MOTION**, together with all supporting papers, be served by email and First Class Mail upon the following counsel of record:

> Craig B. Sanders
> Erica Carvajal
> Jonathan M. Cader
> Barshay Sanders PLLC
> 100 Garden City Plaza, Suite 500
> Garden City, NY 11530
>
> *Attorneys for Plaintiffs*

I further certify that, once the motion is fully briefed, a true and correct copy of these documents shall be filed with the Court through the electronic filing system, which will automatically serve electronic notice of the same on all counsel of record.

                                     */s/ Patrick S. Kabat*
                                     Patrick S. Kabat