# **EXHIBIT A**


