# EXHIBIT B



# Tony Gardner's
# Alterian Studios
## presents


**Stitches**


**Thorax**


**Aura***


**Malathion***


**Hemlock**


**Screamer Longjaw**



# Killer Masks!

**TONY GARDNER**, makeup effects artist for *THE BLOB, RETURN of the LIVING DEAD*, and the upcoming *DARKMAN*, now offers a limited edition series of extremely high-quality custom masks. From original sculpture to the final, precise detailing, each mask is a collectors item, handcrafted by ALTERIAN STUDIO's makeup effects wizards.

The first 25 masks of each character are numbered and will come with a certificate of authenticity signed by Tony Gardner himself.

Mask shown to scale. *Limited Vision.
All Characters are © ALTERIAN STUDIOS 1990  All Rights Reserved.

Please indicate quantity of each item being ordered and add $3.50 per item to cover postage and handling. (Foreign: $10.00) Allow 4 to 6 weeks for delivery.
Send cash, check or money order to: ALTERIAN STUDIOS
P.O. Box 2432, Monrovia, CA 91017-6432

| | | | |
|---|---|---|---|
| ___ STITCHES | $165.00 | ___ SCREAMER LONGJAW | $125.00 |
| ___ AURA* | $165.00 | *Not pictured:* | |
| ___ HEMLOCK | $125.00 | ___ MASK HEAD FORM | $15.00 |
| ___ THORAX | $125.00 | ___ HEMLOCK'S HANDS | $90.00 |
| ___ MALATHION* | $95.00 | ___ THORAX'S HANDS | $90.00 |

NAME _____
STREET _____
CITY/STATE/ZIP _____