# EXHIBIT D

# GHOST MAKER ™ KITS



SPOOKY        GHOST DUDE        LOVEY        WAILER        SCREECH        BOO BOO



A new idea for an old Halloween favorite. Turns your tired old bed sheets into a spooky Halloween ghost costume in minutes! Also can be used as an indoor or outdoor decoration!

## Kits come complete with:
1 Vacu-Form Mask
6 Color Paints
Paintbrush, Sandpaper, Glue and
Easy-To-Follow Assembly Instructions

**Cost:** $6.⁰⁰ each
**Minimum:** 6 Per Design
24 Piece Total Minimum
6 Different Styles (3 SM, 3 LG)

THE ALTERIAN GHOST FACTORY, INC. • 5760 AYALA AVE. • IRWINDALE, CA 91706
(818) 812-6993 • FAX (818) 960-2680

Case 2:18-cv-06637-KAM-ARL Document 52-6 Filed 09/07/20 Page 3 of 20 PageID #: 584

# GHOST MAKER

## INSTRUCTIONS

<u>KIT INCLUDES:</u>

1 Ghost Face
6 Color Paint Set
1 Paint Brush
1 Bottle Adhesive
Sandpaper

<u>YOU WILL NEED:</u>

1 Bedsheet
Scissors
Pencil



Note: Assembly by children should be under adult supervision
c. 1991 The Alterian Ghost Factory, Inc.

1. Trim excess plastic around face of Ghost Maker ™ mask.



2. Hold mask up to your face. With a pencil, Make a spot where your eyes line up behind the mask eyes.



3. Take the mask off of your face and cut at least a 1" diameter hole around the spot you made. (Hole in mouth and/or nose may be cut also.)



4. Lightly sand edges and front surface of mask for better paint and glue adhesion.



5. Turn sheet inside out. Lay sheet down flat and place mask face up slightly below the center of it. With a pencil, trace the outline of mask onto the sheet.



6. Cut hole in sheet 1" in from pencil line.



7. Turn sheet right side out. Position face in hole from behind. Pull back edge of sheet and apply a 1" wide layer of glue to the outer edge of mask. Then press edge of sheet down onto mask. Allow to dry for at least 8 hours before handling.



8. Paint as desired. (Package cover may be used as a guide)

This mask has been created for you by TONY GARDNER and his talented artists at ALTERIAN STUDIOS, INC.'s **THE GHOST FACTORY**. Mr. Gardner has been responsible for the spectacular make-up effects seen in such films as Universal Studios' blockbuster hit "Darkman", Tri-Star's "The Blob", and USA Network's "Swamp Thing". Rest assured that this mask has been made with the highest standards of quality and attention to detail, as is demanded in the Hollywood film industry today.

## CARE OF YOUR MASK

If your mask is too large, you can attach a piece of foam padding to the inside of the top and/or back of the mask for greater stability and comfort.

Larger holes may be cut in the mouth, nose, and eyes for better vision and ventilation.

When not in use, your mask should be kept in a sealed plastic bag, and stuffed with paper to retain shape.

Please never wear <u>any</u> mask while driving or operating machinery.

Alterian Studios, Inc. **The Ghost Factory**
848 S. Myrtle Avenue, Unit #3
Monrovia, CA 91016



THE GHOST FACTORY™
c. 1991 Alterian Studios, Inc.

Please never wear <u>any</u> mask while driving or operating machinery.

Alterian Studios, Inc. **The Ghost Factory**
848 S. Myrtle Avenue, Unit #3
Monrovia, CA 91016

THE GHOST FACTORY™
c. 1991 Alterian Studios, Inc.

This mask has been created for you by TONY GARDNER and his talented artists at ALTERIAN STUDIOS, INC.'s **THE GHOST FACTORY**. Mr. Gardner has been responsible for the spectacular make-up effects seen in such films as Universal Studios' blockbuster hit "Darkman", Tri-Star's "The Blob", and USA Network's "Swamp Thing". Rest assured that this mask has been made with the highest standards of quality and attention to detail, as is demanded in the Hollywood film industry today.

## CARE OF YOUR MASK

If your mask is too large, you can attach a piece of foam padding to the inside of the top and/or back of the mask for greater stability and comfort.

Larger holes may be cut in the mouth , nose, and eyes for better vision and ventilation.

When not in use, your mask should be kept in a sealed plastic bag, and stuffed with paper to retain shape.

This mask has been created for you by TONY GARDNER and his talented artists at ALTERIAN STUDIOS, INC.'s **THE GHOST FACTORY**. Mr. Gardner has been responsible for the spectacular make-up effects seen in such films as Universal Studios' blockbuster hit "Darkman", Tri-Star's "The Blob", and USA Network's "Swamp Thing". Rest assured that this mask has been made with the highest standards of quality and attention to detail, as is demanded in the Hollywood film industry today.

## CARE OF YOUR MASK

If your mask is too large, you can attach a piece of foam padding to the inside of the top and/or back of the mask for greater stability and comfort.

Larger holes may be cut in the mouth , nose, and eyes for better vision and ventilation.

When not in use, your mask should be kept in a sealed plastic bag, and stuffed with paper to retain shape.



# THE ALTERIAN GHOST FACTORY INC.

Tony Gardner, Makeup Effects Wizard for such films as Universal Pictures' "DARKMAN," Tri-Star's "THE BLOB," and USA Network's "SWAMP THING," along with many other of your favorite HORROR films, would like to invite you into the shadowy corridors of his latest creation: The Alterian Studios' GHOST FACTORY! So, enter...at your own risk!

(818)

Alterian Studios, Inc.

Hands for each Scarfum character not shown.

LION     SNAKE     DEMON








## SCARFUMS ™

NEW!

Now here's a grisly sight! With these exciting new masks, you will know what it truly means to be EATEN ALIVE!

## GHOST MAKER ™





SCREECH    WAILER    LOVEY TATE

LIL' GHOST DUDE    LIL' SARA SPOOK    LIL' BOO BOO

A new idea for an old Halloween favorite. Turns your tired old bed sheets into a spooky Halloween ghost costume! Also can be used as a decoration!










HEMLOCK

STITCHES

## LIMITED EDITION

There are still a few left... so hurry!



WARHEAD

VIVISECTION



RIP OFF

SHOTGUN LOUIE



CONGO

ZOMBI

Feast your eyes on these terrifyingly detailed, high quality latex masks, designed and created under the supervision of Mr. Gardner himself.

Each mask is a little oversized for your comfort and appearance. With our masks, you can't help but be noticed!



RESURRECTION

SINISTER SANTA

# DARKMAN™

## TWO EXCITING NEW MASKS FROM UNIVERSAL STUDIOS' BLOCKBUSTER FILM!



BANDAGED DARKMAN



COLLECTOR'S EDITION






STYLE NO. 35-8P

FILE NO:

P.O. BOX 607638 · ORLANDO, FL 32860 · (407) 886-3100

Print File®
ARCHIVAL PRESERVERS

ASSIGNMENT:

DATE:

STYLE NO. 35-8P

FILE NO.:

P.O. BOX 607638 · ORLANDO, FL 32860 · (407) 886-3100

ASSIGNMENT:

Print File
ARCHIVAL PRESERVERS

DATE:











STYLE NO. 35-8P

FILE NO:

Print File®
ARCHIVAL PRESERVERS

P.O. BOX 607/638 • ORLANDO, FL 32860 • (407) 886-3100

ASSIGNMENT:

DATE:






# ABOUT OUR PRODUCT...

## _____MASKS_____

All of our goods are manufactured at our state-of-the-art facilities here in
Monrovia, California. You will notice our masks are constructed of a thick
latex material and are painstakingly detailed for realism. Each handpainted
mask is built a little oversized for added comfort and ease of wear. Unlike
the competition's masks, our masks have been designed to cover the neck
and a portion of the chest. Close attention has been to the use of color to
enhance dramatic effect as well. All this at easily affordable prices! Our
strongest competitor, though larger, can not even come close in terms of
craftmanship, color, or affordability.

In addition, each mask is shipped complete with care instructions and a
blurb further establishing our link to the motion picture industry. As stated
earlier, this adds a higher perceived market value to our product.

## BESTSELLER LIST

#1 SHOTGUN LOUIE
#2 BANDAGED DARKMAN
#3 RIP OFF
#4 WARHEAD
#5 RESURRECTION
#6 SINISTER SANTA

# ABOUT OUR COMPANY...

# -THE ALTERIAN GHOST FACTORY INC-

Although "The Alterian Ghost Factory Inc." may be new to its role as
manufacturer, our parent company has been responsible for supplying the
motion picture industry with spectacular SPECIAL MAKE-UP EFFECTS for
nearly a decade now! ( See our list of film credits )

Having established ourselves as a professional, creative, and highly
respected source for film effects, we have now turned our sights to
infiltrating the wholesale gift & toy market with what we feel is a superior
product. It seemed a logical progression for us to venture in this direction.

If you feel as if we're hitting you over the head with the HOLLYWOOD FILM
angle-- you're right! It is very intentional. We believe our link to the film
industry to be an extremely strong and distinguishing selling point. None of
our competitors can tout this accomplishment. What this translates into is
simple. We have a vast pool of creative talent on which to draw. Our masks
are produced by artists (top sculptors, painters, etc) in the movie business
and are of "film quality". We believe our experience in the field will offer
our product an increased perceived market value. Of course, there are many
other reasons that add to our salability as a manufacturer...read on.

# ABOUT OUR FOUNDER...

## —————————TONY GARDNER——————————

Tony Gardner originally migrated from Ohio to California's USC Film school to study film production. While still in school, he was offered his first professional film experience working for Academy Award winner Rick Baker, on Michael Jackson's "Thriller". From then on, he was hooked.

He apprenticed for several years and slowly began to establish himself and his own company, ALTERIAN STUDIOS, as a rapidly emerging force in the film effects industry.

The combined talents of his Alterian staff of over 30 artists-technicians have been responsible for characters and creatures which include the simplest of prosthetic make-ups to advanced large scale audio-animatronic monsters.

At age 28, Mr. Gardner is particularly proud of his latest venture: THE ALTERIAN GHOST FACTORY INC., and welcomes the prospects and challenges facing the manufacturer of exciting new product for the Gift/Toy Industry. You can trust our items have been produced with the same high standards of quality and attention to detail, as demanded by the HOLLYWOOD FILM INDUSTRY today!
















