# **EXHIBIT E**






