# EXHIBIT F



# GHOST MAKER

## KIT

### NEW!

#### THE ALTERIAN GHOST FACTORY™

This mask has been created for you by TONY GARDNER and his talented artists at THE ALTERIAN GHOST FACTORY INC. Mr. Gardner has been responsible for the spectacular make-up effects seen in such films as Universal Studio's blockbuster hit "Darkman", USA Network's "Swamp Thing", and Paramount Studio's "The Addams Family".

COPYRIGHT 1991 THE ALTERIAN GHOST FACTORY INC.

## COLLECT THE WHOLE GHOSTMAKER FAMILY!



SCREECH    LOVEY TATE    WAILER    LIL' GHOST DUDE    LIL' SARA SPOOK    LIL' BOO BOO

agapé color·inc
1820 evergreen street
duarte·ca 91010
phone (818) 357-3394




Y    M    C    K

| JOB NO. | DATE | STRIPPER |
|---------|------|----------|
| 910527 | 6-04-91 | 4 |











# THE ALTERIAN GHOST FACTORY INC.

Tony Gardner, Makeup Effects Wizard for such films as Universal Pictures' "DARKMAN," Tri-Star's "THE BLOB," and USA Network's "SWAMP THING," along with many other of your favorite HORROR films, would like to invite you into the shadowy corridors of his latest creation: The Alterian Studios' GHOST FACTORY! So, enter...at your own risk!

Alterian Studios, Inc.

Hands for each Scarfum character not shown.

**DEMON**





**SNAKE**




**LION**

# NEW! SCARFUMS™

Now here's a grisly sight! With these exciting new masks, you will know what it truly means to be EATEN ALIVE!

# GHOST MAKER™







LOVEY TATE

WAILER

SCREECH

LIL' BOO BOO

LIL' SARA SPOOK

LIL' GHOST DUDE

A new idea for an old Halloween favorite. Turns your tired old bed sheets into a spooky Halloween ghost costume! Also can be used as a decoration!

# LIMITED EDITION

There are still a few left... so hurry!

STITCHES

HEMLOCK



WARHEAD



VIVISECTION

RIP OFF



SHOTGUN LOUIE



CONGO





ZOMBI

Feast your eyes on these terrifyingly detailed, high quality latex masks, designed and created under the supervision of Mr. Gardner himself.

Each mask is a little oversized for your comfort and appearance. With our masks, you can't help but be noticed!



RESURRECTION



SINISTER SANTA



# DARKMAN™

## TWO EXCITING NEW MASKS FROM UNIVERSAL STUDIOS' BLOCKBUSTER FILM!



BANDAGED DARKMAN



COLLECTOR'S EDITION














ALTERIAN
STUDIOS, INC.

**THE GHOST FACTORY**

848 S. Myrtle Ave., Unit #3
Monrovia, CA 91016
Phone (818) 303-4797

Date  3/22/91          New  X
                       Reorder ___
Check/Money Order   6299105085

SHIPPED 5-31-91

Shipping Date _____

Writing Rep  Kev          Mask #  L01

Special Instructions _____
_____

_____ Office  Use Only _____

NAME  Patrick Malenfant
ADDRESS  84 Boisvert  St.
CITY  Drummondville   ST Quebec Canada  ZIP  J2C2W7

| MASK NAME | MASK # | QUANTITY | PRICE EA. | TOTAL PRICE |
|---|---|---|---|---|
| Hemlock | L01 | 1 | $125.00 | $125.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | |
|---|---|
| TOTAL | $125.00 |
| CA RES. ADD 6.75% SALES TAX | — |
| SHIPPING | $10 |
| TOTAL | $135.00 |

PLEASE ADD $8.00 FOR SHIPPING AND HANDLING (OVERSEAS; $20.00)

ALLOW 6-8 WEEKS FOR DELIVERY (10 WEEKS OVERSEAS)

When ordering SCARFUMS ™, please specify finger color if other than shown.

HEMLOCK mask_____$125
Postage and handling_____$10

Patrick Malenfant
84 Boisvert Street            total:$135
Drummondville
Quebec (Canada)           Thank you!
J2C 2W7

#18

Patrick Stein 817

ALTERIAN STUDIOS, INC.

# THE GHOST FACTORY

848 S. Myrtle Ave., Unit #3
Monrovia, CA 91016
Phone (818) 303-4797

Date 5/1/91   New X
Reorder _____
Check/Money Order # 0000200078

SHIPPED BDM 5/31   MAY 31 1991

Shipping Date _____
Writing Rep Kev   Mask # 001 602

Special Instructions _____

_____ Office Use Only _____

NAME Yutaka Sugiyama
ADDRESS 20-5 SAKAMACHI, SHINJUKU-KU
CITY TOKYO, JAPAN   ST ____ ZIP _____

SHIPPED 5/31

| MASK NAME | MASK # | QUANTITY | PRICE EA. | TOTAL PRICE |
|-----------|--------|----------|-----------|-------------|
| DARKMAN (BANDAGED) | 001 | 1 | $45.00 | $45.00 |
| Ghost MAKER (WAILER) | G02 | 1 | $14.00 | $14.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $59.00 |
| | | | CA RES. ADD 6.75% SALES TAX | ✕ |
| | | | SHIPPING | $20.00 |
| | | | TOTAL | $79.00 |

MAY 31 1991
SHIPPED
JUL 02 1991
GHOST maker

PLEASE ADD $8.00 FOR SHIPPING AND HANDLING (OVERSEAS; $20.00)

ALLOW 6-8 WEEKS FOR DELIVERY (10 WEEKS OVERSEAS)

When ordering SCARFUMS TM., please specify finger color if other than shown.

Sent Letter 5-28



# THE
# GHOST FACTORY



848 S. Myrtle Ave., Unit #3
Monrovia, CA 91016
Phone (818) 303-4797

Date **3-31-91**  New **✔**
Reorder___

(Check)/Money Order **3200** _____

Shipping Date_____

Writing Rep **Lisa** ·  Mask # **662**
                                          **603**

Special Instructions_____
_____

_____ Office  Use Only _____

NAME **Dean L. Hunt**
ADDRESS **1005 Hillview Dr.**
CITY **Dixon**  ST **CA** ZIP **95620**

| MASK NAME | MASK # | QUANTITY | PRICE EA. | TOTAL PRICE |
|-----------|--------|----------|-----------|-------------|
| WAILER | G02 | 1 | 14.00 | ₱14.00 |
| SCREECH | G03 | 1 | 14.00 | 14.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 28.00 |
| | | | CA RES. ADD 6.75% SALES TAX | 1.89 |
| | | | SHIPPING | 8.00 |
| | | | TOTAL | $37.89 |

**SHIPPED**
JUL 0 ~ 1991

PLEASE ADD $8.00 FOR SHIPPING AND HANDLING (OVERSEAS; $20.00)

ALLOW 6-8 WEEKS FOR DELIVERY (10 WEEKS OVERSEAS)

When ordering SCARFUMS TM., please specify finger color if other than shown.

Sent letter
Late
Ghost
5-28-91

P.S. Cant wait for more new items!
Great job!!

#4



ALTERIAN
STUDIOS, INC.



**THE GHOST FACTORY**

848 S. Myrtle Ave., Unit #3
Monrovia, CA 91016
Phone (818) 303-4797

Date _4/2/91_   New _X_
                Reorder ____
(Check)/Money Order _#2047_

Shipping Date _____

Writing Rep _Kev_         Mask # _G02_

Special Instructions _(919) 493-8291_
_____
_____ Office Use Only _____

NAME _DANNY Rivenbark_
ADDRESS _317 Brandermill Dr._
CITY _Durham_  ST _NC_ ZIP _27713_

**SHIPPED**

JUL 02 1991

| MASK NAME | MASK # | QUANTITY | PRICE EA. | TOTAL PRICE |
|-----------|--------|----------|-----------|-------------|
| Wailer | G02 | 1 | 14.00 | 14.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL | | $14.00 |
| | | CA RES. ADD 6.75% SALES TAX | | |
| | | SHIPPING | | 8.00 |
| | | TOTAL | | 22.00 |

GHOSTFACTORY

$22 ??

PLEASE ADD $8.00 FOR SHIPPING AND HANDLING (OVERSEAS; $20.00)

ALLOW 6-8 WEEKS FOR DELIVERY (10 WEEKS OVERSEAS)

When ordering SCARFUMS ™., please specify finger color if other than shown.

sent letter 5/20

# THE GHOST FACTORY

ALTERIAN STUDIOS, INC.

848 S. Myrtle Ave., Unit #3
Monrovia, CA 91016
Phone (818) 303-4797

Date 3/27/91  4/2/91   New X
Reorder _____
Check/Money Order 335-2079-832

Shipping Date _____

Writing Rep _Kev_           Mask # 602 603 604

Special Instructions _____
_____

_____ Office Use Only _____

NAME _MARK ZARIK_
ADDRESS _7778 FIELDING_
CITY _DETROIT_ ST _MICH_ ZIP _48228_



Mark Zarik
7778 Fielding
Detroit, Michigan 48228

SHIPPED

JUL 02 1991

| MASK NAME | MASK # | QUANTITY | PRICE EA. | TOTAL PRICE |
|---|---|---|---|---|
| WAILER | 602 | 1 | 14.00 | 14.00 |
| SCREECH | 603 | 1 | 14.00 | 14.00 |
| LIL' BOO BOO | 604 | 1 | 12.00 | 12.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | 40.00 |
| | | | CA RES. ADD 6.75% SALES TAX | |
| | | | SHIPPING | 8.00 |
| | | | TOTAL | $48.00 |

**PLEASE ADD $8.00 FOR SHIPPING AND HANDLING (OVERSEAS; $20.00)**

**ALLOW 6-8 WEEKS FOR DELIVERY (10 WEEKS OVERSEAS)**

When ordering SCARFUMS ™., please specify finger color if other than shown.

Sent letter 5-5

Aug 20, 1991

The Alterian Ghost Factory Inc.
5760 Ayala Ave.
Irwindale, CA 91706
(818) 812-6993

Dear Jack Morrow,

As per our telephone conversation regarding the possibility of licensing
or manufacturing product for Hanna Barbera, enclosed please find samples
of some of the work we have done for Warner Bros. for your consideration.

As you know our parent company "Alterian Studios" has been a recognizable
source for special effects make-up for over a decade now.  We have now
turned our sights to manufacturing latex masks for the Gift and Toy market
with much success!

Due to our success with Warner Bros. as well as with our own product line
we thought it prudent to contact your organization to explore the possibility
of working with you.  As you can see our handpainted masks are
manufactured with a sturdy latex material and have all been made to the
exact specifications of their creators.

After you have had a chance to look over the masks I hope you'll feel as we
do that their is a market for this type of product.  I may be reached at the
above number Mon-Fri from 9 to 6.

I look forward to speaking with you in the future and exploring the
possibilities.  If on the otherhand, you decide not to venture forth we would
be more than happy to have the samples picked up.

Thank you,


Mr. Willie Febus
The Alterian Ghost Factory, Inc.
Vice President

#4



ALTERIAN
STUDIOS, INC.



# THE
# GHOST FACTORY

848 S. Myrtle Ave., Unit #3
Monrovia, CA 91016
Phone (818) 303-4797

Date _4/2/91_     New _X_
                  Reorder _____
Check/Money Order _#2047_____

Shipping Date_____

Writing Rep _Kev_          •   Mask # _G02_

Special Instructions _(919) 43-8291_
_____

_____ Office Use Only _____

NAME _DANNY Rivenbark_
ADDRESS _317 Brandermill Dr._
CITY _Durham_    ST _NC_ ZIP _27713_

**SHIPPED**

JUL 02 1991

GHOSTFACTORY

| MASK NAME | MASK # | QUANTITY | PRICE EA. | TOTAL PRICE |
|-----------|--------|----------|-----------|-------------|
| Wailer    | G02    | 1        | 14.00     | 14.00       |
|           |        |          |           |             |
|           |        |          |           |             |
|           |        |          |           |             |
|           |        |          |           |             |
|           |        |          |           |             |
|           |        |          |           |             |
|           |        |          |           |             |
|           |        |          |           |             |

|  |  |
|--|--|
| TOTAL | $14.00 |
| CA RES. ADD 6.75% SALES TAX | |
| SHIPPING | 8.00 |
| TOTAL | 22.00 |

$11 ??

PLEASE ADD $8.00 FOR SHIPPING AND HANDLING (OVERSEAS; $20.00)

ALLOW 6-8 WEEKS FOR DELIVERY (10 WEEKS OVERSEAS)

When ordering SCARFUMS ™., please specify finger color if other than shown.

sent letter 5/20

ALTERIAN
STUDIOS, INC.

# THE
# GHOST FACTORY

848 S. Myrtle Ave., Unit #3
Monrovia, CA 91016
Phone (818) 303-4797

Date *4/2/91* ~~3/27/91~~        New *X*
                                  Reorder _____
Check/Money Order _335-2079-832_

Shipping Date _____

Writing Rep _Kev_           Mask # *602*
                                   *603*
                                   *604*

Special Instructions _____
_____

_____ Office Use Only _____

NAME  *MARK ZARIK*
ADDRESS  *7778 FIELDING*
CITY *DETROIT*  ST *MICH* ZIP *48228*

*Mark Zarik*
*7778 Fielding*
*Detroit, Michigan 48228*

| MASK NAME | MASK # | QUANTITY | PRICE EA. | TOTAL PRICE |
|-----------|--------|----------|-----------|-------------|
| WAILER | 602 | 1 | 14.00 | 14.00 |
| SCREECH | 603 | 1 | 14.00 | 14.00 |
| Lil' BOO BOO | 604 | 1 | 12.00 | 12.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL | | 40.00 |
| | | CA RES. ADD 6.75% SALES TAX | | |
| | | SHIPPING | | 8.00 |
| | | TOTAL | | ~~$50.00~~ $48.00 |

SHIPPED
JUL 02 1991

**PLEASE ADD $8.00 FOR SHIPPING AND HANDLING (OVERSEAS; $20.00)**

**ALLOW 6-8 WEEKS FOR DELIVERY (10 WEEKS OVERSEAS)**

When ordering SCARFUMS ™., please specify finger color if other than shown.

#19





**THE**

ALTERIAN
STUDIOS, INC.

848 S. Myrtle Ave., Unit #3
Monrovia, CA 91016
Phone (818) 303-4797

Date _5/13/91_   New _X_
                          Reorder ___
Check/Money Order _M.O._ # _4329421588_

**SHIPPED**   **MAY 1 6 1991**

Shipping Date _____

Writing Rep _Kev_         •    Mask # _602_

Special Instructions _____
_____
_____ Office Use Only _____

NAME _STAR DESIGNS_
ADDRESS _2708 W. Sylvania Ave_
CITY _Toledo_     ST _OH_ ZIP _43612_

| MASK NAME | MASK # | QUANTITY | PRICE EA. | TOTAL PRICE |
|-----------|--------|----------|-----------|-------------|
| WAILER | 602 | 2 | 14.00 | 28.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL | | 28.00 |
| | | CA RES. ADD 6.75% SALES TAX | | — |
| | | SHIPPING | | 8.00 |
| | | TOTAL | | 36.00 |

**PLEASE ADD $8.00 FOR SHIPPING AND HANDLING (OVERSEAS; $20.00)**

**ALLOW 6-8 WEEKS FOR DELIVERY (10 WEEKS OVERSEAS)**

When ordering SCARFUMS ™, please specify finger color if other than shown.

#7 N

ALTERIAN
STUDIOS, INC.

# THE GHOST FACTORY

848 S. Myrtle Ave., Unit #3
Monrovia, CA 91016
Phone (818) 303-4797

Date _5/20/91_   New _✓_
Reorder ___

(Check)/Money Order _____

Shipping Date _____

Writing Rep _Lisa_         •        Mask # _____

Special Instructions _____
_____

_____ Office  Use Only _____
R Date - 5-23-91

NAME _Clay Gibbs_
ADDRESS _76 Schuyler St._
CITY _Lake George_   ST _N.Y._ ZIP _12845_

| MASK NAME | MASK # | QUANTITY | PRICE EA. | TOTAL PRICE |
|---|---|---|---|---|
| Wailer | 602 | One | 14.00 | 14.00 |
| Lil' Ghost Dude | 606 | One | 12.00 | 12.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL | | 26.00 |
| | | CA RES. ADD 6.75% SALES TAX | | |
| | | SHIPPING | | 8.00 |
| | | TOTAL | | 34.00 |

SHIPPED
JUL 02 1991

PLEASE ADD $8.00 FOR SHIPPING AND HANDLING (OVERSEAS; $20.00)

ALLOW 6-8 WEEKS FOR DELIVERY (10 WEEKS OVERSEAS)

When ordering SCARFUMS ™, please specify finger color if other than shown.

#18

Patrick
Stein
#17

**ALTERIAN STUDIOS, INC.**

# THE GHOST FACTORY

848 S. Myrtle Ave., Unit #3
Monrovia, CA 91016
Phone (818) 303-4797

Date 5/1/91    New X
Reorder ____

Check/Money Order # 0000200078

SHIPPED from 5/31    MAY 31 1991

Shipping Date _____

Writing Rep Kev    Mask # 001 602

Special Instructions _____
_____
_____ Office Use Only _____

NAME Yutaka Sugiyama
ADDRESS 20-5 SAKAMACHI, SHINJUKU-KU
CITY TOKYO, JAPAN    ST ____ ZIP ____

SHIPPED 5/31

| MASK NAME | MASK # | QUANTITY | PRICE EA. | TOTAL PRICE |
|---|---|---|---|---|
| DARKMAN (BANDAGED) | 001 | 1 | $45.00 | $45.00 |
| Ghost MAKER (WAILER) | G02 | 1 | $14.00 | $14.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $59.00 |
| | | | CA RES. ADD 6.75% SALES TAX | |
| | | | SHIPPING | $20.00 |
| | | | TOTAL | $79.00 |

MAY 31 1991
SHIPPED
JUL 02 1991
GHOST Maker

PLEASE ADD $8.00 FOR SHIPPING AND HANDLING (OVERSEAS; $20.00)

ALLOW 6-8 WEEKS FOR DELIVERY (10 WEEKS OVERSEAS)

When ordering SCARFUMS ™., please specify finger color if other than shown.

Sent Letter 5-28

Case 2:18-cv-06637-KAM-ARL   Document 52-8   Filed 09/07/20   Page 23 of 25 PageID #: 628

# THE GHOST FACTORY

848 S. Myrtle Ave., Unit #3
Monrovia, CA 91016
Phone (818) 303-4797

Date _5/26/91_   New ✓
Reorder ___

Check/Money Order _____

Shipping Date _____

Writing Rep _Lisa_        Mask # ___

Special Instructions _____

Office Use Only
R Phone 823-91

NAME____ C ____ Gibbs _____
ADDRESS_____
CITY_Lake George____ ST_N.Y._ ZIP _12845_

| MASK NAME | MASK # | QUANTITY | PRICE EA. | TOTAL PRICE |
|-----------|--------|----------|-----------|-------------|
| WAILER | 602 | One | 14.00 | 14 00 |
| Lil' Ghost Dude | 606 | One | 12.00 | 12 00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | TOTAL | | 26.00 |
| | | CA RES. ADD 6.75% SALES TAX | | |
| | | SHIPPING | | 8.00 |
| | | TOTAL | | 34.00 |

PLEASE ADD $8.00 FOR SHIPPING AND HANDLING (OVERSEAS; $20.00)

ALLOW 6-8 WEEKS FOR DELIVERY (10 WEEKS OVERSEAS)

When ordering SCARFUMS ™, please specify finger color if other than shown.

# THE GHOST FACTORY

848 S. Myrtle Ave., Unit #3
Monrovia, CA 91016
Phone (818) 303-4797

Date __5/13/9__     New __X__
                    Reorder ___
Check/Money Order __M.O. # 4329421 5851__

Shipping Date _____

Writing Rep __Kev__              Mask # __602__

Special Instructions _____
_____

_____ Office Use Only _____

NAME __STAR DESIGNS__
ADDRESS __2708 W. Sylvnia Ave__
CITY __Toledo__        ST __OH__ ZIP __43612__

| MASK NAME | MASK # | QUANTITY | PRICE EA. | TOTAL PRICE |
|-----------|--------|----------|-----------|-------------|
| WAILER    | 602    | 2        | 14.00     | 28.00       |
|           |        |          |           |             |
|           |        |          |           |             |
|           |        |          |           |             |
|           |        |          |           |             |
|           |        |          |           |             |
|           |        |          |           |             |

|  |  |
|--|--|
| TOTAL | 28.00 |
| CA RES. ADD 6.75% SALES TAX | — — |
| SHIPPING | 8.00 |
| TOTAL | 36.00 |

**PLEASE ADD $8.00 FOR SHIPPING AND HANDLING (OVERSEAS; $20.00)**

**ALLOW 6-8 WEEKS FOR DELIVERY (10 WEEKS OVERSEAS)**

When ordering SCARFUMS ™, please specify finger color if other than shown.

# THE
## ALTERIAN
# GHOST FACTORY
### WHOLESALE PRICE LIST

| ITEM # | MASK | COST | | ITEM # | MASK | COST |
|---|---|---|---|---|---|---|
| 001 | *BANDAGED DARKMAN | $24.00 EA | | 019 | CORPSE | $14.00 EA |
| 002 | EXPOSED | $24.00 EA | | 020 | DEVIL | $14.00 EA |
| 003 | PARTY DEMON | $24.00 EA | | 021 | DIRTY 'OL MAN | $14.00 EA |
| 004 | ZOMBIE | $24.00 EA | | 022 | FRANC | $14.00 EA |
| 005 | WARHEAD | $24.00 EA | | 023 | GOBLIN | $14.00 EA |
| 006 | RIPOFF | $24.00 EA | | 024 | KITTY | $14.00 EA |
| 007 | RACKTURE | $24.00 EA | | 025 | MANIAC | $14.00 EA |
| 008 | SHOTGUN LOUIE | $24.00 EA | | 026 | MEATHEAD | $14.00 EA |
| 009 | RESURRECTION | $24.00 EA | | 027 | MUMMY | $14.00 EA |
| 010 | *EVIL ASH | $24.00 EA | | 028 | SCARFACE | $14.00 EA |
| 011 | *SWAMP THING | $24.00 EA | | 029 | SKULL | $14.00 EA |
| 012 | AURA | $24.00 EA | | 030 | TROLLOP | $14.00 EA |
| 013 | SCREAMER | $24.00 EA | | 031 | WEREWOLF | $14.00 EA |
| 014 | ROT | $24.00 EA | | 032 | WITCH | $14.00 EA |
| 016 | DINOSAUR | $24.00 EA | | 033 | OFFICER FRIENDLY | $14.00 EA |
| 018 | BRAINSTORM | $24.00 EA | | 034 | VAMPYRE | $14.00 EA |
| 019 | TWO FACED - GRUNCH | $24.00 EA | | 035 | BOBBING BOB | $14.00 EA |
| 020 | TWO FACED - SKULL | $24.00 EA | | | | |
| 021 | TWO FACED - MUSCLE MAN | $24.00 EA | | 036 | BUCKSHOT | $18.00 EA |
| | | | | 037 | SCREAMER | $18.00 EA |
| | | | | 038 | PEEPING TOM | $18.00 EA |
| | | | | 039 | FREAKY RALPH | $18.00 EA |
| | | | | 040 | SPLIT UP | $18.00 EA |
| | | | | 041 | MR. HAPPY | $18.00 EA |

## CHILDRENS (KIDZ)

| | | | | SCARFUMS | | |
|---|---|---|---|---|---|---|
| K01 | BRONTO | $14.00 EA | | S01 | LION | $25.00 EA |
| K02 | STEGO | $14.00 EA | | S02 | DEMON | $25.00 EA |
| K03 | REX | $14.00 EA | | S03 | SNAKE | $25.00 EA |

## GHOSTMAKERS

| | | | | COLLECTORS SERIES | | |
|---|---|---|---|---|---|---|
| G01 | LOVEY | $6.00 EA | | L01 | HEMLOCK | $63.00 EA |
| G02 | WAILER | $6.00 EA | | L02 | STITCHES | $83.00 EA |
| G03 | SCREECH | $6.00 EA | | L03 | *DARKMAN | $75.00 EA |
| G04 | BOO BOO | $6.00 EA | | L04 | CONGO | $44.00 EA |
| G05 | SPOOKY | $6.00 EA | | L05 | *EVIL ASH | $50.00 EA |
| G06 | DUDE | $6.00 EA | | | | |

*INDICATES LICENSED TRADEMARKED PRODUCT

## GLOW IN THE DARK TEES
### (LARGE & EXTRA LARGE TEES)

| T01 | DANCING SKELETONS | $8.00 EA | | T03 | SKULL & CROSSBONES | $8.00 EA |
|---|---|---|---|---|---|---|
| T02 | PUMPKINS | $8.00 EA | | T04 | GHOSTS | $8.00 EA |
| | | | | T05 | REPEAT PATTERN | $8.00 EA |

TERMS:          Unless credit terms are established, orders will be shipped C.O.D.  When credit is established terms are Net 30 days.
A service charge of 1.5% per month will be charged on past due invoices.  Attorney fees and court costs are payable
by buyer in event of suit to enforce collection.

ORDERS:         Opening orders: $150.00, Reorders: $100.00.  Any back orders not shipped within 30 days will be automatically
cancelled.

FREIGHT:        F.O.B. Warehouse, Irwindale, CA.  Unless otherwise specified, we will use the best carrier available.

CLAIMS:         R.P.S./U.P.S. - All claims for damages, must be filed with us within 7 days to be allowed.  All contents and packing
material must be kept for U.P.S. inspection.

RETURN POLICY:  NO returns will be accepted unless a prior Return Merchandise Authorization (RMA) is received from the home
office.  This RMA number is to be plainly printed on outside of all returned packages.
Return Authorizations will be issued for below reasons only:
  1. Defective Merchandise.
  2. Shipping Error
  3. Late Shipment  (Merchandise shipped after cancellation date written on order).
Claims for defective or damaged product or shortages in shipment must be made to the home office within 5 days of
receipt of shipment.  Shipments returned to us without a RMA number will be refused and the buyer will be
responsible for shipment to and from warehouse.

5760 Ayala Avenue  *  Irwindale, CA   91706  *  (818) 812-6993  *  FAX (818) 960-2680