# EXHIBIT G

AdChoices [▷]



**Brian Cronin, Contributor**
Writer and founder of legendsrevealed.com

# The REAL Secret Origin of Scream's Ghostface Mask?

08/31/2016 07:06 am ET

A while back, I told the amazing story of how the famous "Ghostface" mask was discovered for the movie *Scream*.



DIMENSION FILMS

Among the people who read that initial article was a man named Loren Gitthens, who had a fascinating story to tell about the Ghostface mask that I figured it would be worth running as an addendum to that original piece. Here's Loren:

My name is Loren Gitthens. Back in the late '80s/early '90s, I was living in Los Angeles, working in the Special Makeup Effects industry. As was the case in the small community of Makeup Effects Artists, someone would host a Halloween Party each year. And, as I'm sure you can imagine, the costumes were pretty creative.

For the Halloween party of 1990, my idea was to do a take on the classic kid's costume of using a bed sheet with eye holes to make a ghost. I wanted to expand on the idea by forming a ghostly face from buckram (a fabric that is dipped in water, shaped, and dries stiff). Then I integrated it with a bed sheet. The costumes went over well and were seen by many of the Makeup Effects Artists in the industry at that time.






PHOTO COURTESY OF LOREN GITTHENS

*The face design was inspired loosely by a mask I made in 1985 that I had called "Screamer Long Jaw."*



PHOTO COURTESY OF LOREN GITTHENS

A few months after the Halloween party, I was working with Tony Gardner at his Alterian Studios. Tony wanted to start a mask company with me and another artist, Chet Zar. We called the company "The Ghost Factory."

While we were coming up with mask design ideas, I suggested we make a line of masks from my bed sheet ghost idea.

We put together a kit that included a rigid, vacuform ghost face, glue and paints.

We called it "Ghost Maker." The idea was that you would use your own bed sheet, then attach it and blend in the ghost face.

  



PHOTO COURTESY OF LOREN GITTHENS

## Subscribe to The Morning Email.

Wake up to the day's most important news.

address@email.com          SUBSCRIBE

*Incidentally, we also used the face design in the Ghost Factory logo.*



PHOTO COURTESY OF LOREN GITTHENS

*We put together packaging with artwork created by my childhood friend, and now well-known and respected Production Designer, Bill Boes.*

*Soon after, we took our Ghost Maker kits and the other masks we had made to a big Halloween Products Tradeshow in Chicago, where all of the costume and novelty companies, big and small, would try to get orders from retailers. We were a new, small, unknown company, so unfortunately we didn't sell too many.*

*However, one of the companies at the tradeshow that was obviously interested in our masks was Fun World.*





PHOTO COURTESY OF LOREN GITTHENS

*About a year later, tiring of trying to sell masks and work in the Makeup Effects business, I gave it all up and moved to Santa Cruz, CA to start a new life with my wife there.*

*A year or two after moving to Santa Cruz, as the Halloween season was getting into full swing, I was in a drugstore and saw the Fun World's cheap, mass-produced, knock-off version of my Ghost Maker face. But instead of being sold as a kit, it was a rigid face already attached to a small, head-sized sheet. Clearly, it appeared to be a direct rendering of my original creation.*

*I was a bit amused, but didn't pursue looking into it any further as I had left that part of my life behind and was on to a new one. I don't think the Fun World version sold all that well either. But then it was picked up by the makers of the Scream films. And, well, you know that story.*

*I don't at all fault the makers of Scream; for all they knew, it was a mask designed and owned by Fun World. But what bothers me is that someone else is taking credit for my original design. I have been carrying this story with me for more than 20 years. Seeing your article compelled me to finally document the events as they actually happened. And now I'm sharing it with you.*

Thanks for the story, Loren!

I don't think that this is ever going to be something that I can classify as "True" or "False," but I thought it was still worth sharing. So I leave it to you folks to decide what you think about this one.

Be sure to check out my archive of Movie Legends Revealed for more urban legends about the world of films.

Feel free (heck, I implore you!) to write in with your suggestions for future installments! My e-mail address is bcronin@legendsrevealed.com.

## Popular in the Community

7/31/2020
Case 2:18-cv-06637-KAM-ARL Document 52-9 Filed 09/07/20 Page 6 of 35 PageID #: 636
The REAL Secret Origin of Scream's Ghostface Mask? | HuffPost



AdChoices ▷                    Sponsored

**The Only Mask With Over 3,500 Verified 5-Star Reviews. Find Out Why.**

Premium Nanotech Space Mask | Sponsored

**The softest, most comfortable, reusable masks are finally back in stock! Shop 20+ colors and styles!**

Joannuu | Sponsored

Case 2:18-cv-06637-KAM-ARL Document 52-9 Filed 09/07/20 Page 7 of 35 PageID #: 637

    

---

## MOST SHARED

**School Founded By Sinclair Broadcast VP Tells Teachers: Come In Person Or Lose Your Job**

**4 Brothers, 2 Different Sides in World War II**
Advertisement by Ancestry®

**Supercut Shows Fox Personalities Saying Trump Will Never Do Something. He Just Did.**

**Film Director Alan Parker Dead At 76**

**An Important Part Of Heath Ledger's Joker Was 'Controversial,' Says 'Dark Knight' Writer**

---

## WHAT'S HOT

**Julianne Moore On Playing A Lesbian In 2010 Film: 'I Can See Why People Took Issue'**

**Critics Point Out Exactly What Donald Trump Is Trying To Hide With Election Delay Stunt**

**Bestselling Author Predicts The 3 Cards Of 'Trump's Evil Plan' For Reelection**

**Seth Rogen Says 'Below Deck' Made 'Crazy' Request In Inviting Him**

**Joe Biden Makes The Simplest Anti-Trump Promise Ever And People Are Here For It**

**Virginia's Utility Kingpin Ends 14-Year CEO Stint Amid Scrutiny Of Record On Race**

**I Know What You Did Last Summer / I Still Know What You Did Last Summer / I'll Always Know What You**

**Rhode Island Boy Digs Up Gigantic 2 1/2-Pound Mollusk**

Advertisement by Amazon.com



NEWS

POLITICS

ENTERTAINMENT

LIFE

COMMUNITIES

HUFFPOST PERSONAL

VIDEO

NEWSLETTERS

HUFFPOST

ABOUT US

ADVERTISE

ABOUT OUR ADS

CONTACT US

RSS

FAQ

CAREERS

ARCHIVE

USER AGREEMENT

PRIVACY POLICY

COMMENT POLICY

HUFFPOST PRESS ROOM

COUPONS

Privacy dashboard ▷

Part of HuffPost News. ©2020 Verizon Media. All rights reserved.
The Huffington Post

Case 2:18-cv-06637-KAM-ARL   Document 52-9   Filed 09/07/20   Page 9 of 35 PageID #: 639



**Brian Cronin, Contributor**
Writer and founder of legendsrevealed.com

# What Is the Spooky Real Life Origin of Scream's Ghostface Mask?

06/30/2015 10:51 am ET | **Updated** Dec 06, 2017

It appears that with the creation of any sort of iconic film, there is always a little bit of serendipity mixed into the process. In an old Movie Legends Revealed, I discussed the various factors (including, improbably enough, the 1970s soft rock hit song, "Dream Weaver") that went into Wes Craven coming up with the idea for *Nightmare on Elm Street*.

Over a decade later, Craven was once again inspired from an unlikely place for the iconic "Ghostface" mask that terrorized victims in the hit 1996 film *Scream*.





Dimension Films

Reader Guillermo M. asked me if it was true that the mask was discovered by Craven by accident in an abandoned house during the location scouting for the first *Scream* film. Did this iconic piece of horror film history really have such a spooky origin?

The answer is yes!

When Wes Craven took on the project that became *Scream* (it was originally dubbed Scary Movie), screenwriter Kevin Williamson gave no direction for the look of the villain of the film besides "ghost mask killer." So it was up to Craven and his production team to come up with a visual look for the film's killer. In an twist of fate, one of the producers on the film, Marianne Maddalena, was doing location scouting for the film when she came across an abandoned house in Santa Rosa, California that had been used previously in the 1943 Alfred Hitchcock film, *Shadow of a Doubt*. Maddalena ended up not using that house but instead chose a neighboring house for the home of Tatum and Dewey Riley (Rose





house, she discovered a striking mask hanging from a post.

She brought the mask to Craven (Craven accidentally once stated that it was he who discovered the mask, but he has since concurred with Maddalena that it was she who found the mask) and he loved it. There was only one teensy little problem. The mask was the intellectual property of the Halloween mask company Fun World. It was designed by Brigitte Sleiertin as part of a "Fantastic Faces" series of masks. It came out somewhere around 1992. Originally the mask was called "The Peanut-Eyed Ghost." So now Craven was in a bind - he had a mask he absolutely loved, but in order for the film to be able to use the mask, his studio, Dimension Films, would have to license the mask from Fun World. Fun World, naturally, had quite a bit of leverage in the negotiations and they drove a hard bargain.

The bargain was initially **too** hard for Dimension Films and they told Craven he would have to make due with a different mask. Instead, Craven had Greg Nicotero and Howard Berger of design company KNB Effects came up with their own version of the famous mask, altered enough to make it unique and not a violation of Fun World's intellectual property. This mask was actually used in the first few scenes in the film, including the famous opening sequence with Drew Barrymore.

# Subscribe to the Entertainment email.

Don't miss a beat. Your culture and entertainment



address@email.com SUBSCRIBE



It is quite possible, though, that Dimension Films was just trying to prove to Fun World that they **would** be willing to do the film without the mask to get them to come down on their asking price in the negotiations. After all, Dimension Films knew that Craven still wanted to use the Fun World mask in the film. Fun World and Dimension Films finally came to a licensing agreement and Craven was able to use the original mask in the rest of the film (it was at this point that Fun World came up with the new official name for the mask - "Ghostface").

The film was a massive success (spawning three sequels) and the mask has since become one of the most popular Halloween costumes ever, making Fun World quite a bit of money. A rare win-win for everyone involved!

Interestingly enough, the upcoming *Scream* TV series debuting this week is going without the Ghostface mask (the show's producers explained that it is because in the show the mask is tied to the origins of the killer



Writer

Just Did.

People Took Issue

**Kendall Jenner Explains The Subtly NSFW Art Hung In Her Home**

**Seth Rogen Says 'Below Deck' Made 'Crazy' Request In Inviting Him**

**Rhode Island Boy Digs Up Gigantic 2 1/2-Pound Mollusk**

NEWS

ENTERTAINMENT

COMMUNITIES

VIDEO

HUFFPOST

ADVERTISE

CONTACT US

FAQ

ARCHIVE

PRIVACY POLICY

HUFFPOST PRESS ROOM

POLITICS

LIFE

HUFFPOST PERSONAL

NEWSLETTERS

ABOUT US

ABOUT OUR ADS

RSS

CAREERS

USER AGREEMENT

COMMENT POLICY

COUPONS

Privacy dashboard ▷

Part of HuffPost Entertainment. ©2020 Verizon Media. All rights reserved.











a costume shop and threw on just to be anonymous, or to scare people",
although I personally cannot help but think that the fact that they will not
have to pay a licensing fee for this new mask must play **some** sort of role
in the decision, as well), so It's the end of a *Scream* era!

The legend is…

## **STATUS**: True

Thanks to Guillermo M. for the question! Be sure to read more film
legends like this at my archive of movie legends here. Feel free (heck, I
implore you!) to write in with your suggestions for future installments! My
e-mail address is bcronin@legendsrevealed.com.

**MORE:**

Entertainment    Scream    Wes Craven

The Weather Girl Caught The Cameraman By Surprise

Definition | Sponsored

The softest, most comfortable, reusable masks are finally back in stock! Shop 20+ colors and styles!

Jaanuu | Sponsored






7/31/2020      What Is The Spooky Real-Life Origin Of Ocean's Crossfade Mask? | HuffPost




## MOST SHARED

**School Founded By Sinclair Broadcast VP Tells Teachers: Come In Person Or Lose Your Job**

**It's The Two-Week Anniversary of Trump's Latest Lie About Health Care**

**Film Director Alan Parker Dead At 76**

**Boston Bombing Survivor Adrianne Haslet 'Livid' After Death Sentence Vacated**

TMZ

## WHAT'S HOT

**An Important Part Of Heath Ledger's Joker Was 'Controversial,'**

**Supercut Shows Fox Personalities Saying Trump Will Never Do**

**Julianne Moore On Playing A Lesbian In 2010 Film: 'I**

Case 2:18-cv-06637-KAM-ARL   Document 52-9   Filed 09/07/20   Page 18 of 35 PageID #: 648

ADVERTISEMENT

MOVIES

# MTV's Terrifying Mistake? Wes Craven Explains Why the Original 'Scream' Mask Is Too "Perfect" to Scrap

SITES

8:24 AM PDT 4/17/2015 by Emmet McDermott



SITE TOOLS ⌄



Case 2:18-cv-06637-KAM-ARL   Document 52-9   Filed 09/07/20   Page 19 of 35 PageID #: 649

Courtesy of Photofest

# Wes Craven tells The Hollywood Reporter why the "Ghostface" mask is so iconic and why he has little to do with MTV's reboot despite EP credit, Bob Weinstein teases MTV's plans for the killer's new look, and the mask's original designer shares what really inspired her first sketches back in 1991.

ADVERTISEMENT

It's ineffably haunting. The warped expression. The drooping eyes. The contorted mouth, howling in silence. The *Scream* mask has become as iconic as the visages of horror staples like Michael Myers and Jason Voorhees, but MTV is taking the face of the franchise in an entirely new direction.

*Scream* fans were in mourning this week after the network debuted the trailer for its upcoming reboot. The trailer, fans discovered, glaringly omits the most recognizable feature of the original films: the beloved Ghostface mask worn by all the killers. To their dismay, MTV has replaced it with a new mask, a blurry version of which the trailer glancingly reveals in a few short frames (see below).



In a conversation with *The Hollywood Reporter*, original *Scream* director **Wes Craven** says he let MTV use his name in association with the series, but his involvement beyond that was minimal. "I just put my name on it," Craven explains, referencing his executive producer credit. "I was too busy to do much else."

More specifically, Craven, 75, says he had no part in MTV's decision to scrap the Ghostface mask for the reboot series. As far as he's concerned, even minor changes to a proven formula can be devastating.

"In general," Craven says, reflecting on his own experience with the *Scream* sequel and beyond, "we didn't mess with the mask at all. It's something we didn't try to change. With Freddy [Krueger] and the *New Nightmare* (below right), I felt that I probably should have stuck with the original face (below left). [With *Scream*,] we just let Ghostface be Ghostface."



"It would have been safer [not to change Freddy]," Craven explains. "I'm not going to speculate in public, probably shouldn't have even mentioned it, but you know, sometimes you realize that something's not broken, so don't fix it. And that was the course we took on all the *Scream* films: Don't mess with that, it's just perfect."

For Craven, the success of the *Scream* franchise hinged upon the mask. No other mask would have done the trick. "No way. No way," Craven insists. "I knew it in my bones that [Ghostface] was a unique find, and I had to convince the studio that they had to go the extra mile to get it."

Created by New York-based novelty company Fun World in 1991, the Ghostface mask was first conceived as a Halloween costume. It was mass-produced for years as part of a "Fantastic Faces" pack, but it wasn't until 1996, when the mask was licensed for use in *Scream*, that it became one of the world's most recognizable horror symbols.

There's been endless speculation about why MTV made the decision to redesign the mask for the new series. The network has denied it was budget-related, stemming from Fun World's licensing fee, but *THR* has learned preliminary discussions about incorporating the mask in the series did occur.

Case 2:18-cv-06637-KAM-ARL   Document 52-9   Filed 09/07/20   Page 22 of 35 PageID #: 652

# *"I just put my name on it. I was too busy to do much else." - Wes Craven*

---

JOIN THE CONVERSATION: 

---

"We have been in regular contact with [The Weinstein Co.] for years while the TV series was conceived," Fun World executive vp **Alan Geller** tells *THR* via email, but "no deal" is currently in place for the show. MTV had no comment.

For its part, MTV has insisted the change was simply a creative decision to take the franchise in a "darker," more modern direction. "If the *Scream* movie mask was the more plastic version," MTV senior vp **Mina Lefevre** told *EW*, "this one is a more organic-looking and, frankly, darker version." Still, neither Fun World nor MTV has ruled out the possibility of allowing Ghostface a cameo in the series, presumably once a favorable deal is struck.

Aside from the mask, **Roger Jackson**, who voiced the original *Scream* killer, is another glaring absence from the reboot. "I can't picture it," he tells *THR* about the MTV show. "How can you have *Scream* without Ghostface? It's like *Friday the 13th* without Jason." Jackson says MTV hasn't approached him to voice the killer, or anyone.

---

# *"The [new] mask itself plays a story element and that is different from 'Scream', the movie." - Bob Weinstein*

---

JOIN THE CONVERSATION: 

---

**Bob Weinstein**, an executive producer on the original *Scream* and now an executive producer on the MTV

Case 2:18-cv-06637-KAM-ARL   Document 52-9   Filed 09/07/20   Page 23 of 35 PageID #: 653

project, agrees that the original mask was special, likening it to the masks in *Halloween* and *The Phantom of the Opera*, but is more optimistic about the changes made for the show, revealing one key difference between the old and new versions.



"The [new] mask itself plays a story element, and that is different from *Scream* the movie," Weinstein says, "It ties in specifically to the story. The mask has an importance; it's not a mask for mask's sake."

But it doesn't quite have the same history.

"When this mask project was given to me," says **Brigitte Sleiertin-Linden**, the artist who developed the initial concept drawings for Fun World's Ghostface, "I was tasked with designing ghostly faces to be made as masks and to do some drawings with a similar look and feel. So I did a bunch of sketches of different white, ghostly

Case 2:18-cv-06637-KAM-ARL   Document 52-9   Filed 09/07/20   Page 24 of 35 PageID #: 654

faces with simplistic black facial-feature shapes."

"As an animation junkie," she continues, explaining her inspiration, "I loved the old **Max Fleischer** cartoons, and Betty Boop was one of my faves. Those faces were mostly inspired by the ghosts from some of those old 1930s black-and-white cartoons."



This flies in the face of the popular assumption that the famed **Edvard Munch** painting *The Scream* was the primary inspiration for the mask. "That whole inspired-by-Munch thing is a pat way to write off the design," Sleiertin-Linden says, "but it's not where my influence came from."

"I just loved all vintage animation and that fluid, almost rubbery movement," she adds, citing jazz singer **Cab Calloway** as another major influence. (Interestingly, Alan Geller, Sleiertin-Linden's former boss, adamantly disputes that she created the mask. He insists the mask is his creation, and an upcoming documentary will reveal the true story behind its genesis. Geller wouldn't provide additional details.)



Following its inception in the early '90s, the Ghostface mask was in circulation as a Halloween costume for several years before *Scream* producer **Marianne Maddalena** stumbled upon it by accident in 1996 while scouting locations for the first film.

Case 2:18-cv-06637-KAM-ARL   Document 52-9   Filed 09/07/20   Page 26 of 35 PageID #: 656

One location, Maddalena says, happened to be the Santa Rosa house made famous by **Alfred Hitchcock**'s *Shadow of a Doubt*, which, at the time, was owned by an old widow. The woman lived there alone, and — in what sounds like the set-up for a horror movie in itself — Maddalena says she spied the mask draped over a chair in one of the vacant rooms.

Maddalena immediately took it to Wes Craven and the rest is history.

Can MTV rewrite it?



## EMMET MCDERMOTT

☐ THRnews@thr.com
☐ @efmcd





Pop culture obsessives writing for the pop culture obsessed.

Shop Subscribe

HOME LATEST FILM TV CLUB MUSIC GAMES VIDEO TV REVIEWS REVIEWS AND MORE

RUN THE SERIES

# The *Scream* movie series revitalized horror—then left no lasting mark on the genre

Vadim Rizov
6/16/16 12:00AM • Filed to: FILM ⌄

593  Save



Scream (1996)

With **Run The Series**, The A.V. Club *examines film franchises, studying how they change and evolve with each new installment.*

The cultural noise *Scream* made at its moment of impact has faded; in large part, the film's left no lasting legacy. Its all-encompassing sarcasm revitalized horror, a genre slumping toward direct-to-video doldrums after sucking the life out of Michael Myers, Freddy Kruger, Jason Voorhees, etc., but it was a short reign. Screenwriter Kevin Williamson had a brief run of success with inferior work in a similarly self-aware vein (*I Know What You Did Last Summer*, *The Faculty*, *Teaching Mrs. Tingle*), but his moment quickly passed, as he moved on to *Dawson's Creek* and a wave of torture porn (yes, that's a contested term) picked up the slack. After that and the subsequent reflowering of low-budget horror via Blumhouse Productions (*The Conjuring* et al.), *Scream* seems like some kind of charming '90s dinosaur, as emblematic of its time as any *Reality Bites* or *Slacker*.

The first three *Scream*s came out between 1996 and 2000; the series returned for one last round in 2011. That 11-year-gap smoothed over (at least superficially) how controversial the initial trilogy was at its time of release. Trouble started before shooting: Wes Craven, who ended up directing all four entries, was going to shoot the original at Santa Rosa High School, but the school board reneged on the deal, leery of serving as the site (per Craven's AP obit) for "profanity and teen slaughter." Several teenage murder cases were reported to be inspired by the films; the third installment, released after the Columbine school shootings (and after months of op-eds attempting to assign some measure of responsibility to *The Matrix*), is especially self-reflexive about its quasi-reviled status. All four films experienced some degree of on-set chaos, requiring daily rewrites and forcing Craven to figure out scenes on the fly. It's impossible to examine them without heavy spoilers; consider yourself warned from this point.

ADVERTISEMENT

The idea behind *Scream*—a horror movie that sardonically anatomizes its own clichés as it unfolds—wasn't entirely new. *Scream* more or less picks up where 1994's (totally decent) *Wes Craven's New Nightmare*—in which fictional character Freddy Krueger terrorizes the "real" cast and crew—left off. More obscurely, cult director Rolfe Kanefsky believes the film is derived from his cheapie 1991 labor of love *There's Nothing Out There*.

**Scream - Trailer (1996) Neve Campbell, Courteney Cox, David Arquette**



But *Scream* was far more remunerative and ubiquitous than its predecessors, and for good reason. The famed opening scene is internally timed by a plate of popcorn popping on the stove: the time it takes to swell and smoke is about as long as the sequence should logically last, forcing an escalation of intensity that can't be delayed too long. When masked killer Ghostface makes the ultimate obscene phone call to Casey (Drew Barrymore), he effectively mocks her for being frightened by common horror movie scares. The more she freaks out, the more he revels in her easily manipulated discomfiture, creating a weirdly antagonistic tone toward the viewer: If *you* get frightened by this, you're stupid too. But the scene is exceptionally, effectively charged and jokes are plentiful. Even before any discussion of "the rules" of horror movies, the dialogue is already self-reflexive, with Casey screaming that her boyfriend will be over and "he's big and plays football." This will be a movie of simultaneously deployed and mocked teen-movie tropes.



SCREAM - Drew Barrymore Death Scene (HD)

The rest of *Scream* alternates between actual horror scenes and meta-discussions of the tropes of the genre versus what's happening to the characters. The ratio's more funny than scary, but Craven often synthesizes the two into one, deploying Marco Beltrami's ominous cymbal clangs and other traditional cues of big scares for nothing more prepossessing than a shot of a yellow school bus. If literally everything is punctuated and associated by horror, then the film's entire narrative is one mean joke.

00:30 / 01:00

AD                                                                              SKIP AD

ADVERTISEMENT

The series is anchored by Neve Campbell as the perpetually stalked Sidney Prescott, rapacious journalist Gale Weathers (Courteney Cox) and sheriff Dewey Riley (David Arquette). These three make up the unkillable trio at every film's center; despite its perception as a fundamentally meta, heartless series, the *Scream* franchise loves these three far too much to kill them off. (That wasn't part of the original plan—Williamson was open to killing one off in the sequel—but it became part of the overall design.) There's an expendable cast of supporting '90s players who've hung around professionally but are no longer in the firmament of potential top stars; Matthew Lillard as a moronically gaping proto-Stifler, and motormouthed video store employee/rule-expounding geek Jamie Kennedy take top pride of place. Periodization comes through in topical emphases on movie ratings ("Would you settle for a PG-13 relationship?") and, in Weathers' hustling, hounding reporter, a diatribe on the awful news media that isn't that far off from, say, *Mad City*. The dialogue isn't sarcastic just in the meta-discussions of the rules of horror films; it places entire characters in air quotes. When Sidney apologizes to her creepy boyfriend with "I'm the one who's been selfish and self-absorbed with post-traumatic grief," it's like a parody of the level of constant apologizing that bone-headedly privileged men expect from women who've done nothing wrong.

The enormous success of the first film sent the sequel scrambling into production, disrupted by the then-novel phenomenon of script pages leaking to the internet revealing the killer. In lines like "That is so Moral Majority" and "The '90s are no time to play hero," *Scream 2* doubles down on the self-conscious zeitgeist courting. It's the draggiest and most complacent of the series: A scene in which a classroom of students discusses the rules of sequels has them cracking each other up, which no longer keeps up the pretense of a potentially imminent threat. The first film's killers

were—in the *Natural Born Killers* and *To Die For* vein—obsessed with leveraging murder for media fame (a satirical diagnosis that, then and now, seems to unhelpfully overstate the case). In this film, the murderess is just taking revenge on Sidney for her adulterous mom, whose sleeping-around destroyed the new killer's marriage—slut-shaming on an epic level, to be further flipped-around and diagnosed in the third film.



**Scream 2 (1997) - Movie Trailer**

*Scream 2* is most fondly remembered for two sequences. There's another bravura opening, in which a crowd of theatergoers gathers to cheer on *Stab*, a fictional movie-within-a-movie that restages the first film's opening (fellow Weinstein hire Robert Rodriguez directs the sequence). Reluctant viewer Maureen (Jada Pinkett Smith) is dragged by boyfriend Phil (Omar Epps). Her protests against seeing the movie are weak and haven't aged well: She claims to find the spectacle of stupid white people getting offed of no fundamental interest, but is duly sucked in, chastising any non true believers in the audience. Both characters get offed, and Craven cranks the dramatic score and thunderclaps way up, indulging a theatrical sensibility that's amplified by Campbell's onscreen participation in a similarly intense production of *Cassandra*, where every prop and extra conceals a threat. The other big sequence is, simply, Sidney crawling out of a car over Ghostface's corpse: You know he'll come back to life, but the longer he doesn't, the more unnerving the effect is.

A D V E R T I S E M E N T

Written by Ehren Kruger instead of Williamson, *Scream 3* is generally considered the weakest, most-drained installment of the series. This is the work of exhausted people contractually obligated to come back, resulting in a snarkiness that goes beyond meta-riffing into outright cartoonishness. (Some of this is intentional; some of it is just playing the studio game: Fellow Weinstein intellectual-property stablemates Jay

and Silent Bob have an atrocious cameo.) *Stab 3* is in production, and this time they're re-creating Sidney's story rather than the stabbing of Drew Barrymore's Casey, with new doppelgängers for all the main players. Sidney wandering onto the set of her literal life is a destabilizing moment of reality seeming like a lucid dream. Like Freddy and Jason, Ghostface has now been Xeroxed to infinity: When the actress playing Sidney flees the newest incarnation, she hides in a clothing rack full of his costumes, fending him off with a flimsily flapping plastic prop knife.



Scream 3 | 'Who Gets Killed Third?' (HD) - David Arquette, Courtney Cox | MIRAMAX

Comedy finally takes the lead (not least thanks to Parker Posey as faux-Gale Weathers; her goofy, frightened leap into a bodyguard's arms is the kind of leavening improv you couldn't write in advance). The finale takes place in a Hollywood mansion, with the original trio and their onscreen doubles running from the latest Ghostface. The literal door-slamming nature of their repeated escapes verges into farce, never more so than when a character slides down a stairwell as a piano glissandos all the way down the keys: That's the kind of underlining of a pratfall Carl Stalling would have pulled in a Looney Tune. And this installment, made with the at-the-time intent of closing the series once and for all, has a supremely unsatisfying new villain: His motivations are sound enough, but the attempt to rewrite the master plan for the last two films never come off as better than post hoc.

ADVERTISEMENT

Against all this, there's the odd fact that *Scream 3* is the rare Hollywood narrative attempt to excoriate casting-couch culture and sexual abuse as a normalized part of the entertainment industry. The movie's way of doing this isn't particularly subtle: *Stab 3*'s director is named Roman ("*Variety* called me a pariah!"). It emerges that before Sidney's mother was Woodsboro's scarlet woman, she was a bright exploitation movie aspirant actress who had... something happen to her at a '70s

how she plans to revitalize her "tarnished brand." (Response: "In about two seconds I'm going to revitalize your face with my tarnished brand.") It's no surprise that the new Ghostface is one of the Woodsboro high schoolers, but the big final speech explaining the motivation is blunter than *Network*. "I don't need friends, I need fans!" the killer shouts—and keeps going on, and on, about how "you don't have to achieve anything" to get fame anymore. This isn't dialogue so much as it is an old man yelling at a cloud, but there's something refreshing about the diagnostic bluntness.

ADVERTISEMENT

*Scream* 4's movie-within-a-movie-within-a-movie opener is possibly a series best, and the big set pieces are effectively timed and deployed: This is much more an on-task horror movie than its weary predecessor. Besides the elder-statesman crankiness and an increase in explicit gore (including a ghastly shot of a corpse's entrails splayed out across a bed), the movie's main innovation is to reflect old media's increasing concern about New Media competition: It's no accident that one of the killers is also obsessed with live-streaming his life in proto-Periscope fashion. This is a movie that keeps up with technology because the people making it have been forced to, observing without approving; it stands with the relatively elderly.

Room was left for a sequel—everyone's contracts were signed for another trilogy—but 4 underperformed, so 5 and 6 never emerged. MTV's Scream series is its own thing, with a new Ghostface mask and voice (blasphemy!). In the end, the *Scream* series ended up celebrating only itself, not what it had wrought, but it's an oddly cuddly tetralogy of death. Among other things, the franchise chronicles the on-and-off relationship between Dewey and Gale; off screen, the actors became a real couple, married in 1999, separated in 2010, and divorced in 2013. Hints of their romantic problems are built into the fourth film, and one way to look at the series is as the oblique chronicle of a love affair from start to finish. Who would've expected *that* in 1996?

ADVERTISEMENT

**Final ranking:**
1. *Scream*
2. *Scream 4*
3. *Scream 3*
4. *Scream 2*

**SHARE THIS STORY**

**GET OUR NEWSLETTER**


Subscribe

party, kicking off the events that would lead to the first film. "It was the '70s," protests producer John Milton (Lance Henriksen). "Everything was different." This is the exact language used by Polanski's defenders who don't know when to quit, and *Scream 3* isn't being subtle with its accusations: A culture of sexual violence and silent complicity is far more likely to lead to real-world damage than any slasher film. Sidney's mother isn't exactly cleared of all charges—she's still the town adulteress who ruined everyone's lives—but she's been given a (granted, very reactionary) origin story that locates original sin in Hollywood sexual abuse. None of this necessarily makes *Scream 3* a better film, but it's unusually, bracingly, and anomalously direct in its charges.

By the time *Scream 3* came out, Craven knew the series—and its steady dismantling of each individual part's particular generic expectations—had probably hit the point of inevitably diminishing returns. "It's like the ultimate car chase in *The Blues Brothers*," he said. "After that, all car chases look like parodies. So there'll probably be a move away from irony—until horror establishes a new reality to be ironic about." What brought *Scream 4* about was increased strip-mining of libraries by studios committed to maxing out well-established brands. Long belated sequels—*Scream 4* preceded more successful, long-overdue entries like *American Reunion* and *The Best Man Holiday* —inevitably play upon audiences' sense of nostalgia for long-ago favorites and a desire to check in one more time, to see how people are standing up to time's inevitable ravages. In such a context, even *Reunion*'s sight of Stifler shitting in a cooler acquires a certain stoic survivor's gravitas.



Scream 4- Stab 6 7 Opening- HD

Craven was 71 when the film was released, and this is very much a cranky old man's film. That's not a judgment, just an observation: With time for a generational gap to firmly emerge, *Scream 4* pits its unkillable central trio against a younger group of kids who are, yes, always on their smartphones, captivated by the internet, and obsessed with fame at all costs. The language of media has changed, with Gale being asked

MORE FROM THE A.V. CLUB

- Auction of Fyre Fest merch will only accept payment in the form of cash or credit

- 10 episodes that made *King Of The Hill* one of the most human cartoons ever

- Ever seen a vampire bowl? You will in *Fright Night Part 2*

- Get some classical music and 3 dozen eggs: *Taskmaster*'s Alex Horne has a task for you

---

DISCUSSION

**Community (591)**  Pending                                    Sort by:                    ⊕ Reply

                                                               ↓☆ Popular ⌄

Sort by:                                                                      ⊕ Reply

↓☆ Popular ⌄



**hanshotfirst1138 (//kinja.com/hanshotfirst1138-...** › Vadim Ri...
6/16/16 12:07am (https://film.avclub.com/1812338210)
(//kinja.com/hanshotfirst1138--disqus)

I still think Craven's own brilliant, woefully underrated *New Nightmare* did a
smarter and scarier deconstruction of the slasher genre. That's a genuinely witty
take on the whole thing with a nice thematic weight.

↪ Reply                              Show all 591 replies