# EXHIBIT H

Alterian

 Steve   Home   Create



**Alterian**
@AlterianInc

Home
**Posts**
Videos
Photos
About
Community

Create a Page



Like   Following   Share

**Alterian** is with **Al Terian**.
October 19, 2017 ·

Hey Kids!! Flashing back to 1990 here: Get out your Ghostmaker Kits and follow along with the instructions! (Back when Alterian Ghost Factory made Halloween masks and introduced a familiar looking face from the spook world into the mainstream. He was also part of our company logo.)



+3

111                          3 Comments  2 Shares

Like            Comment            Share

Most Relevant

Write a comment...

**Mark William Robinson** This brings back memories.
Like · Reply · 2y

Most Relevant is selected, so some comments may have been filtered out.

**Create Post**

## Our Story

Welcome to the official ALTERIAN facebook page.

One of the premiere effects studios in Hollywood toda...

See More

**Community**                                   See All

Invite your friends to like this Page

17,229 people like this
17,284 people follow this

**About**                                       See All

California
626-856-1499
www.alterianinc.com
Company
Suggest Edits

**Page Transparency**                           See More

Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.

Page created - March 18, 2010

**Related Pages**

My Fright Shop         Like
Costume Shop

Thackery Binx          Like
Fictional Character

Nick Vujicic           Like
Public Figure



Pages L...      Chat (5)

Alterian                                         Steve    Home    Create



**Alterian**
@AlterianInc

Home
Posts
Videos
Photos
About
Community

Create a Page

Photo/Video    Tag Friends    Check in

**Alterian** added 7 new photos to the album: POSTER ART from Alterian projects.
October 12 at 12:08 PM ·

Posters from the various feature film, television shows, theme park projects, and live events that Alterian has been a part of.



POSTER ART from Alterian projects
7 Photos

58                                                              7 Comments

Like        Comment        Share

View 5 more comments

**Mathieu FreaksFx Roszak** GREAT!^^
Like · Reply · 5y

**Michael Baker** Nightbreed. Pure genius.
Like · Reply · 4y

Write a comment...

**Alterian**
October 7 at 2:16 AM ·

Nice to see this commercial on the air again this Halloween season! Mask sculpture and makeup effects application by David Smith for Alterian Studios: http://alterianinc.com/geico-horror-movie-its-what-you-do/

Rygo                                              Like
Philip'e's monster page                           Like
Cleveland International…                          Like

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2019

Chat (5)

Alterian

 Steve   Home   Create



**Alterian**
@AlterianInc

Home
Posts
Videos
Photos
About
Community

Create a Page



ALTERIANINC.COM
**GEICO: Horror Movie – It's What You Do**
[jwplayer mediaid=5092]

11

Like    Comment    Share

Write a comment...

**Alterian**
September 18 ·

In theater's next month: "ZOMBIELAND DOUBLE TAP!!"
http://alterianinc.com/zombieland-2-double-tap-featurette-…/



ALTERIANINC.COM
**ZOMBIELAND 2: DOUBLE TAP: Featurette Trailer**
[jwplayer mediaid=7532]

5                                                          1 Share

Like    Comment    Share

Write a comment...

**Alterian**
August 17 ·

Finally ...The Family that slays together is back together!
Here are our three "Seed of Chucky" poseable dolls created exclusively for release by Trick or Treat Studios, using the original molds from the film as well as the original hair and wardrobe. Been lots of scary fun having the three of them out in the shop again, but now they're off to the factory for mass production, so they can invade your neighborhood next.
(More fun stuff is in the works for the fans as well ...stay tuned!)

 Chat (5)

Alterian

 Steve   Home   Create



**Alterian**
@AlterianInc

Home
**Posts**
Videos
Photos
About
Community

Create a Page



25                          5 Comments  4 Shares

Like           Comment           Share

Most Relevant

Write a comment...

**Angel De Jesús Cortés González** Amazing!!
Please make the heart of damballa necklace!!



Like · Reply · 9w

**Brandon Woodruff** Cult dolls maybe ? Anyway love these dolls look awesome.

Like · Reply · 9w

View 3 more comments

 **Alterian**
July 1 ·

FINALLY!!

Chat (5)

Alterian

 Steve   Home   Create



### Alterian
@AlterianInc

Home
**Posts**
Videos
Photos
About
Community

Create a Page



EW.COM
**Scream Factory releasing bonkers 'The Blob' remake on Collector's Edition Blu-ray**

10                                                              1 Comment

Like                Comment                Share

Most Relevant

Write a comment...

**Ricardo Spencer** Comes with extras? I hope it can be sell to Spain
Like · Reply · 16w · Edited

### Alterian
June 6 ·

Nice little shout-out to our fearless leader Tony Gardner by Sacha Baron Cohen today in his sit-down interview with Don Cheadle for Daily Variety!



VARIETY.COM
**Sacha Baron Cohen Tells Don Cheadle What Scares Him Most About Trump's Presidency**

11

Like                Comment                Share

Write a comment...

See More

Chat (5)






