# EXHIBIT I

# Hammonds

# Fax

| | | | |
|---|---|---|---|
| Our ref | AN | Your ref | |
| Date | 11 June 2003 | Time | |
| Attention | Mr Tony Gardner | Company | The Alterian Ghost Factory |
| Fax | 00 1 626 856 1495 | Telephone | 00 1 626 856 1499 |
| From | | No of pages (including this sheet) | 2 |
| Subject | Funworld v Smiffys – Ghost Mask Dispute | | |

011 44

If this transmission is not fully or legibly received please telephone +44 (0)870 839.
The information in this facsimile transmission is confidential. Its contents are not to be disclosed to anyone other than the addressee except with the authority of the sender. Unauthorised recipients are requested to maintain this confidentiality and immediately to advise the sender by telephone/fax of any error or misdirection in transmission.

---

Dear Mr Gardner

**Funworld v Smiffys – Ghost Mask Dispute**

We are a law firm instructed by RH Smith & Sons (Wigmakers) Limited (Smiffy's) in relation to a claim made against them by Easter Unlimited Inc. (Funworld) in respect of Smiffy's sale of certain ghost masks. I understand that you are aware of the basic facts of the dispute, and have seen copies of the documentation which you have kindly sent to Glenn Schecter under cover of your letter dated 21 May 2003.

We feel that the information you have provided could prove very useful to our client in its defence of the action brought by Funworld. I would be grateful, however, if you could give me a little further information in relation to the ghost mask design which you have been using since at least 1991. Whilst we can demonstrate that that design was in use by no later than 1991 (because of the dates on certain of the documents you have provided), it would be very helpful if you could be more specific about when that design was created, who by, and when and in what format it was first used on a product or documentation which was made available to third parties.

I cannot stress enough how important it is that we can identify as closely as possible the exact dates upon which that design was created and then published, together with evidence substantiating those dates. If we can prove or at least create a firm suggestion that Funworld actually copied your design for their "Scream" mask (which will require us to demonstrate that

Hammonds
2 Park Lane Leeds LS3 1ES DX 26441 Leeds
Telephone +44 (0)870 839 0000 Fax +44 (0)870 839 7001
Direct line +44 (0)870 839 +44 (0)870 839

Offices and Associated Offices Aosta Berlin Birmingham Brussels Hong Kong Leeds London Madrid Manchester Milan Munich Paris Rome Turin

Website www.hammonds.com

A list of the names of the partners and their professional qualifications is open to inspection at our offices. The partners are either solicitors or registered foreign lawyers. This firm is regulated by the Law Society.

030611TGardnerfax (v1-0 0004310868) amd

# Hammonds

Mr Tony Gardner
The Alterian Ghost Factory
11 June 2003

your design was publicised before their design was "created"), then it will be very difficult for them to win the action they have commenced. However, they have also claimed that they came up with that design some time in 1991. We have asked them to be more specific as to when in 1991 they claim that they created the design, but you will appreciate that it is important that we can demonstrate that you published the design before they claim to have created it.

I should be grateful if you could look into these matters as soon as it is convenient and respond either by phone to 00 44 113 284 7522, by fax to 00 44 113 284 7000, or by email to alex.newman@hammonds.com with any further information you are able to find.

I look forward to hearing from you, and many thanks in advance for your assistance.

Yours sincerely

*[signature]*

Alex Newman
Solicitor

*[handwritten: 0870 458 2454]*

2

# Hammonds

# Fax

| | | | |
|---|---|---|---|
| Our ref | AN | Your ref | |
| Date | 26 August 2003 | Time | |
| Attention | Mr Tony Gardner | Company | The Alterian Ghost Factory |
| Fax | 00 1 626 856 1495 | Telephone | 00 1 626 856 1499 |
| From | | No of pages (including this sheet) | 1 |
| Subject | Funworld v Smiffys – Ghost Mask Dispute | | |

If this transmission is not fully or legibly received please telephone +44 (0)870 839.
The information in this facsimile transmission is confidential. Its contents are not to be disclosed to anyone other than the addressee except with the authority of the sender. Unauthorised recipients are requested to maintain this confidentiality and immediately to advise the sender by telephone/fax of any error or misdirection in transmission.

---

Dear Mr Gardner

**Funworld v Smiffys – Ghost Mask Dispute**

Many thanks for your fax dated 7 July 2003, and my apologies for the delay in responding to you. The information you have provided is helpful and will hopefully assist a swift conclusion to the dispute. If you could forward copies of the magazine issues and letter to which you refer I'd be very grateful. In the meantime I will, as you have requested, keep you posted as to any progress.

Kind regards

Yours sincerely

*[signature]*

Alex Newman
Solicitor

Hammonds
2 Park Lane Leeds LS3 1ES  DX 26441 Leeds
Telephone +44 (0)870 839 0000  Fax +44 (0)870 839 7001
Direct line +44 (0)870 839  +44 (0)870 839

Offices and Associated Offices  Aosta Berlin Birmingham Brussels Hong Kong Leeds London Madrid Manchester Milan Munich Paris Rome Turin

Website www.hammonds.com

A list of the names of the partners and their professional qualifications is open to inspection at our offices. The partners are either solicitors or registered foreign lawyers. This firm is regulated by the Law Society.

030611TGardnerfax (v2-0 0004311538) amd

# Hammonds

## Fax

| | | | |
|---|---|---|---|
| Our ref | AN | Your ref | |
| Date | 19 September 2003 | Time | |
| Attention | Mr Tony Gardner | Company | The Alterian Ghost Factory |
| Fax | 00 1 626 856 1495 | Telephone | 00 1 626 856 1499 |
| From | | No of pages (including this sheet) | |
| Subject | **Funworld v Smiffys – Ghost Mask Dispute** | | |

If this transmission is not fully or legibly received please telephone +44 (0)870 839.

The information in this facsimile transmission is confidential. Its contents are not to be disclosed to anyone other than the addressee except with the authority of the sender. Unauthorised recipients are requested to maintain this confidentiality and immediately to advise the sender by telephone/fax of any error or misdirection in transmission.

---

PLEASE SEE ATTACHED

**Hammonds**
2 Park Lane Leeds LS3 1ES  DX 26441 Leeds
Telephone +44 (0)870 839 0000  Fax +44 (0)870 839 7001
Direct line +44 (0)870 839   +44 (0)870 839

**Offices and Associated Offices** Aosta  Berlin  Birmingham  Brussels  Hong Kong  Leeds  London  Madrid  Manchester  Milan  Munich  Paris  Rome  Turin

**Website** www.hammonds.com

A list of the names of the partners and their professional qualifications is open to inspection at our offices  The partners are either solicitors or registered foreign lawyers. This firm is regulated by the Law Society.

030826TGardner fax (v1-0 0005747325) emd

# Hammonds

Mr Tony Gardner  
Alterian Ghost Factory, Inc.  
PO Box 2166  
Irwindale  
California 91706  
USA

Our ref    AN

Your ref

Date    19 September 2003

Dear Mr Gardner

**Funworld v Smiffy's - Ghost Mask Dispute**

Many thanks for your letter dated 3 September 2003. We have now ascertained that the British Film Institute in London has copies of every edition of Fangoria magazine in its library. One of my colleagues will browse the back catalogue for the advertisements, interview and letter which you have referred us to during the course of next week.

You kindly forwarded a second tranche of documentation to me by fax on 7 July 2003 which included the following (copies of which are enclosed for your ease of reference):

1. What appear to be invoices from The Ghost Factory to (i) C Gibbs, dated 20 May 1991, in respect of an order for one Wailer Mask and one Lil Ghost Dude Mask, and (ii) to Star Designs, dated 13 May 1991, in respect of an order for two Wailer masks.

2. Reproduction of the header card for the Ghost Maker kit, which is dated 4 June 1991.

3. Photographs of your stall at a trade show, which clearly shows that the Ghost Maker kits were exhibited, but which is undated.

To my mind the two 1991 invoices would appear to demonstrate that the Wailer and Lil Ghost Dude masks had been advertised and that orders were being received for those masks by May 1991. I should be grateful if you could confirm that my understanding of that invoice is correct.

Also, do you have any records which demonstrate either (i) when (month and year) and where the trade show at which the photographs were taken took place, or (ii) when the Ghost Maker kits were first advertised/put on the market.

Finally, could you please confirm whether or not the designs for the Ghost Maker masks were created specifically with a view to being used for masks, or whether they were originally designed for some other purpose.

**Hammonds**  
2 Park Lane  Leeds  LS3 1ES  DX 26441 Leeds  
**Telephone** +44 (0)870 839 0000  **Fax** +44 (0)870 839 7001  
**Direct line** +44 (0)870 839    +44 (0)870 839

**Offices and Associated Offices** Aosta  Berlin  Birmingham  Brussels  Hong Kong  Leeds  London  Madrid  Manchester  Milan  Munich  Paris  Rome  Turin

**Website** www.hammonds.com

A list of the names of the partners and their professional qualifications is open to inspection at our offices. The partners are either solicitors or registered foreign lawyers. This firm is regulated by the Law Society.

# Hammonds

Mr Tony Gardner
Alterian Ghost Factory, Inc.
19 September 2003

I look forward to hearing from you in due course, and would like to thank you once again for your kind assistance in this matter.

Kind regards

Yours faithfully

*[signature]*

Alex Newman
Solicitor